UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

**ERIK HERNANDEZ** )
)
vs. ) Civil Action No. 2:11-0079
) Judge Sharp/Knowles
**O'REILLY AUTOMOTIVE STORES, INC.**)

### O R D E R

Pending before the Court is the Parties' Joint Motion to Amend Scheduling Order. Docket No. 23. This Motion is granted, and with Judge Sharp's permission the trial date is continued. Counsel for the parties are directed to confer on a Proposed Amended Case Management Order, including a proposed trial date, which shall be submitted on or before October 24, 2012.

If the parties cannot agree on deadlines, counsel shall promptly contact the Court, and a Case Management Conference will be held on **October 31, 2012, at 1:30 p.m.**

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge