IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

**ERIK HERNANDEZ**               )
                                 )
v.                               ) Civil Action No. 2:11-0079
                                 ) Judge Sharp/Knowles
**O'REILLY AUTOMOTIVE STORES, INC.**)

**O R D E R**

The Parties have filed a Notice of Pending Settlement in this matter. Docket No. 25. Accordingly, the Case Management Conference set for Wednesday, October 31, 2012, at 1:30 p.m. is CANCELLED. On or before November 20, 2012, the parties shall submit an agreed order of dismissal or other appropriately captioned document.

The Clerk is directed to forward this file to the Honorable Kevin H. Sharp, District Judge for his consideration of the agreed order of dismissal or other appropriately captioned document to be submitted on or before November 20, 2012.

Any request for an extension of this deadline should be directed to Judge Sharp. Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge