# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSE

| | |
|---|---|
| ERIK HERNANDEZ, | ) |
|     Plaintiff, | ) |
| v. | ) No.: 2:11-CV-79 |
| | ) Kevin H. Sharp, Judge |
| O'REILLY AUTOMOTIVE STORES, INC., | ) E. Clifton Knowles, Magistrate |
| | ) JURY DEMAND |
|     Defendant. | ) |

## AGREED ORDER OF DISMISSAL

On November 19, 2012, Plaintiff Erik Hernandez ("Mr. Hernandez") and Defendant O'Reilly Automotive Stores, Inc. ("O'Reilly") filed a stipulation of dismissal with prejudice and all of Mr. Hernandez's claims against O'Reilly have been dismissed with prejudice. In view of that, they have filed this agreed order of dismissal

THEREFORE, Mr. Hernandez's claims against O'Reilly Automotive Stores, Inc. are DISMISSED with prejudice and the Clerk is directed to close this case against O'Reilly on the records with this Court.

This Order shall constitute a final judgment on the case against O'Reilly Automotive Stores, Inc.

It is so ORDERED this 20th day of November, 2012.

_____
KEVIN H. SHARP, JUDGE

APPROVED FOR ENTRY:


By: */s/ Jeremy W. Parham, w/permission by DWO*
      Jeremy W. Parham, Esq., BPR No. 22222
      214 2nd Ave., N., Ste. 105
      Nashville, TN  37201
      jparham@parhamlawoffice.com

and

      Roland F. Mumford, Esq., BPR No. 26595
      Law Office of Roland Mumford and Associates
      639 East Main St., Suite B 106
      P. O. Box 1266
      Hendersonville, TN  37077
      roland@mumfordlaw.net

*Attorneys for Plaintiff*



LEWIS, KING, KRIEG & WALDROP, P.C.


By: */s/ Daniel W. Olivas*
      Daniel W. Olivas, BPR No. 24641
      424 Church Street, Suite 2500
      P.O. Box 198615
      Nashville, TN 37219-8615
      Telephone (615) 259-1366
      Facsimile (615) 259-1389
      E-mail: dolivas@lewisking.com

*Attorneys for Defendant O'Reilly Automotive, Inc.*